**\*E-Filed 10/13/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, | No. C 10-04078 RS |
| Plaintiff, | **ORDER** |
| v. | |
| STEPHEN FAIN AND NICOLE MONGIOVI, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) and plaintiff Minnesota Life Insurance Company's Notice of Dismissal, this action is hereby dismissed in its entirety without prejudice. The Clerk of Court shall remit a check in the amount of Ninety Nine Thousand One Hundred Thirty Dollars and No Cents ($99,130.29) payable to Minnesota Life Insurance Company to its attorneys of record, Reed Smith LLP, 1010 Second Street, San Francisco, California 94106, Attention: Heather B. Hoesterey.

IT IS SO ORDERED.

Dated: 10/13/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE